# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT E. GRIMM, II, | : No. 449 WAL 2016 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALTHA EUGENE GRIMM, A/K/A A. | : |
| EUGENE GRIMM, AND EVA M. GRIMM, | : |
| HIS WIFE, A/K/A EVA M. THOMPSON | : |
| AND VINCENT J. ROSKOVENSKY, II | : |
| INDIVIDUALLY AND D/B/A VINCENT J. | : |
| ROSKOVENSKY, II., ATTORNEY AT | : |
| LAW, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.